ORIGINAL

CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

SARA D. AYABE #9546
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: sara.ayabe@usdoj.gov

COREY R. AMUNDSON
Chief, Public Integrity Section
U.S. Department of Justice

MARCO A. PALMIERI
Senior Litigation Counsel
JENNIFER A. CLARKE
Deputy Chief
Public Integrity Section
U.S. Department of Justice

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 19 2023

at 2 o'clock and 45 min p M
CLERK, U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR 23-00009 JMS |
|  | ) |  |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) |  |
|  | ) | [18 U.S.C. § 2242; 18 U.S.C. § 2243] |
| MIKAEL SALVADOR RIVERA | ) |  |
| a/k/a "SANNY SALVADOR | ) |  |
| RIVERA," | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

## INDICTMENT

The Grand Jury charges:

All dates and times in this Indictment are alleged to be "on or about" the specific date or time stated. At all times relevant to this Indictment:

## GENERAL ALLEGATIONS

1.      The Federal Detention Center in Honolulu, Hawaii (FDC Honolulu) was a federal prison or a prison, institution, or facility in which persons are held in custody by direction of or pursuant to a contract or agreement with the head of any federal department or agency.  FDC Honolulu housed over 300 male and female inmates and was located in the District of Hawaii.  FDC Honolulu was part of, and administered at the direction of, the United States Department of Justice, Bureau of Prisons (BOP).

2.      As part of BOP training, employees such as correctional officers were trained that they cannot maintain inappropriate relationships with inmates, including becoming emotionally, physically, sexually, or financially involved with inmates or former inmates.  These employees were further advised that they cannot show favoritism or give preferential treatment to one inmate or group of inmates over another.

3.      MIKAEL SALVADOR RIVERA was a correctional officer employed by BOP and assigned to FDC Honolulu from at least November 2014 to September 2018.  In his role as a correctional officer, RIVERA had custodial, supervisory, and disciplinary authority over all inmates at FDC Honolulu.

4.      Victim 1 was an inmate at FDC Honolulu from on or about November 15, 2017 to on or about January 31, 2018, and from on or about April 29, 2018 to on

2

or about May 27, 2018, and was, at all times during their official detention at FDC Honolulu, under the custodial, supervisory, and disciplinary authority of RIVERA.

5.     Victim 2 was an inmate at FDC Honolulu from on or about April 2017 to in and around January 2018, and was at all times during their official detention at FDC Honolulu, under the custodial, supervisory, and disciplinary authority of RIVERA.

6.     Victim 3 was an inmate at FDC Honolulu from on or about January 11, 2018 to on or about April 13, 2018, and was at all times during their official detention at FDC Honolulu, under the custodial, supervisory, and disciplinary authority of RIVERA.

Count 1
Sexual Abuse
(18 U.S.C. § 2242(1))

7.     Paragraphs 1-6 are incorporated by reference as though fully set forth herein.

8.     On or about May 15, 2018, in the District of Hawaii, within the boundaries of a Federal prison, and in any prison, institution, and facility in which persons are held in custody by direction of, and pursuant to, a contract and agreement with the head of any Federal department of agency, that is, the Federal Bureau of Prisons, the defendant,

**MIKAEL SALVADOR RIVERA**

3

did knowingly cause, and attempt to cause, Victim 1 to engage in a sexual act, to wit, contact between RIVERA's penis and Victim 1's mouth, by threatening Victim 1 and by placing Victim 1 in fear.

All in violation of Title 18, United States Code, Section 2242(1).

Count 2
Sexual Abuse
(18 U.S.C. § 2242(1))

9.   Paragraphs 1-6 are incorporated by reference as though fully set forth herein.

10.   On or about May 18, 2018, in the District of Hawaii, within the boundaries of a Federal prison, and in any prison, institution, and facility in which persons are held in custody by direction of, and pursuant to, a contract and agreement with the head of any Federal department of agency, that is, the Federal Bureau of Prisons, the defendant,

**MIKAEL SALVADOR RIVERA**

did knowingly cause, and attempt to cause, Victim 1 to engage in a sexual act, to wit, contact between RIVERA's penis and Victim 1's mouth, by threatening Victim 1 and by placing Victim 1 in fear.

All in violation of Title 18, United States Code, Section 2242(1).

4

Count 3
Sexual Abuse
(18 U.S.C. § 2242(1))

11.    Paragraphs 1-6 are incorporated by reference as though fully set forth herein.

12.    On or about May 18, 2018, in the District of Hawaii, within the boundaries of a Federal prison, and in any prison, institution, and facility in which persons are held in custody by direction of, and pursuant to, a contract and agreement with the head of any Federal department of agency, that is, the Federal Bureau of Prisons, the defendant,

**MIKAEL SALVADOR RIVERA**

did knowingly cause, and attempt to cause, Victim 1 to engage in a sexual act, to wit, contact between RIVERA's penis and Victim 1's vulva, by threatening Victim 1 and by placing Victim 1 in fear.

All in violation of Title 18, United States Code, Section 2242(1).

Count 4
Sexual Abuse
(18 U.S.C. § 2242(1))

13.    Paragraphs 1-6 are incorporated by reference as though fully set forth herein.

14.    On or about May 23, 2018, in the District of Hawaii, within the boundaries of a Federal prison, and in any prison, institution, and facility in which

5

persons are held in custody by direction of, and pursuant to, a contract and agreement with the head of any Federal department of agency, that is, the Federal Bureau of Prisons, the defendant,

**MIKAEL SALVADOR RIVERA**

did knowingly cause, and attempt to cause, Victim 1 to engage in a sexual act, to wit, contact between RIVERA's penis and Victim 1's mouth, by threatening Victim 1 and by placing Victim 1 in fear.

All in violation of Title 18, United States Code, Section 2242(1).

Count 5
Sexual Abuse
(18 U.S.C. § 2242(1))

15. Paragraphs 1-6 are incorporated by reference as though fully set forth herein.

16. On or about May 23, 2018, in the District of Hawaii, within the boundaries of a Federal prison, and in any prison, institution, and facility in which persons are held in custody by direction of, and pursuant to, a contract and agreement with the head of any Federal department of agency, that is, the Federal Bureau of Prisons, the defendant,

**MIKAEL SALVADOR RIVERA**

did knowingly cause, and attempt to cause, Victim 1 to engage in a sexual act, to wit, contact between RIVERA's penis and Victim 1's vulva, by threatening Victim 1 and by placing Victim 1 in fear.

All in violation of Title 18, United States Code, Section 2242(1).

## Count 6
### Sexual Abuse
### (18 U.S.C. § 2242(1))

17.    Paragraphs 1-6 are incorporated by reference as though fully set forth herein.

18.    On or about May 24, 2018, in the District of Hawaii, within the boundaries of a Federal prison, and in any prison, institution, and facility in which persons are held in custody by direction of, and pursuant to, a contract and agreement with the head of any Federal department of agency, that is, the Federal Bureau of Prisons, the defendant,

**MIKAEL SALVADOR RIVERA**

did knowingly cause, and attempt to cause, Victim 1 to engage in a sexual act, to wit, contact between RIVERA's penis and Victim 1's mouth, by threatening Victim 1 and by placing Victim 1 in fear.

All in violation of Title 18, United States Code, Section 2242(1).

Count 7
Sexual Abuse of a Ward
(18 U.S.C. § 2243(b))

19.    Paragraphs 1-6 are incorporated by reference as though fully set forth herein.

20.    On or about May 15, 2018, in the District of Hawaii, within the boundaries of a Federal prison, and in any prison, institution, and facility in which persons are held in custody by direction of, and pursuant to, a contract and agreement with the head of any Federal department of agency, that is, the Federal Bureau of Prisons, the defendant,

**MIKAEL SALVADOR RIVERA**

did knowingly engage, and attempted to engage, Victim 1 in a sexual act, to wit contact between RIVERA's penis and Victim 1's mouth, when Victim 1 was at that time in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, in that RIVERA was a correctional officer at FDC Honolulu where Victim 1 was under official detention at the time.

All in violation of Title 18, United States Code, Section 2243(b).

Count 8
Sexual Abuse of a Ward
(18 U.S.C. § 2243(b))

21.    Paragraphs 1-6 are incorporated by reference as though fully set forth herein.

8

22.   On or about May 18, 2018, in the District of Hawaii, within the boundaries of a Federal prison, and in any prison, institution, and facility in which persons are held in custody by direction of, and pursuant to, a contract and agreement with the head of any Federal department of agency, that is, the Federal Bureau of Prisons, the defendant,

**MIKAEL SALVADOR RIVERA**

did knowingly engage, and attempted to engage, Victim 1 in a sexual act, to wit, contact between RIVERA's penis and Victim 1's mouth, when Victim 1 was at that time in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, in that RIVERA was a correctional officer at FDC Honolulu where Victim 1 was under official detention at the time.

All in violation of Title 18, United States Code, Section 2243(b).

Count 9
Sexual Abuse of a Ward
(18 U.S.C. § 2243(b))

23.   Paragraphs 1-6 are incorporated by reference as though fully set forth herein.

24.   On or about May 18, 2018, in the District of Hawaii, within the boundaries of a Federal prison, and in any prison, institution, and facility in which persons are held in custody by direction of, and pursuant to, a contract and agreement

9

with the head of any Federal department of agency, that is, the Federal Bureau of Prisons, the defendant,

**MIKAEL SALVADOR RIVERA**

did knowingly engage, and attempted to engage, Victim 1 in a sexual act, to wit, contact between RIVERA's penis and Victim 1's vulva, when Victim 1 was at that time in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, in that RIVERA was a correctional officer at FDC Honolulu where Victim 1 was under official detention at the time.

All in violation of Title 18, United States Code, Section 2243(b).

Count 10
Sexual Abuse of a Ward
(18 U.S.C. § 2243(b))

25. Paragraphs 1-6 are incorporated by reference as though fully set forth herein.

26. On or about May 23, 2018, in the District of Hawaii, within the boundaries of a Federal prison, and in any prison, institution, and facility in which persons are held in custody by direction of, and pursuant to, a contract and agreement with the head of any Federal department of agency, that is, the Federal Bureau of Prisons, the defendant,

**MIKAEL SALVADOR RIVERA**

10

did knowingly engage, and attempted to engage, Victim 1 in a sexual act, to wit contact between RIVERA's penis and Victim 1's mouth, when Victim 1 was at that time in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, in that RIVERA was a correctional officer at FDC Honolulu where Victim 1 was under official detention at the time.

All in violation of Title 18, United States Code, Section 2243(b).

## Count 11
### Sexual Abuse of a Ward
### (18 U.S.C. § 2243(b))

27.     Paragraphs 1-6 are incorporated by reference as though fully set forth herein.

28.     On or about May 23, 2018, in the District of Hawaii, within the boundaries of a Federal prison, and in any prison, institution, and facility in which persons are held in custody by direction of, and pursuant to, a contract and agreement with the head of any Federal department of agency, that is, the Federal Bureau of Prisons, the defendant,

**MIKAEL SALVADOR RIVERA**

did knowingly engage, and attempted to engage, Victim 1 in a sexual act, to wit, contact between RIVERA's penis and Victim 1's vulva, when Victim 1 was at that time in official detention and under the custodial, supervisory, and disciplinary

11

authority of the defendant, in that RIVERA was a correctional officer at FDC Honolulu where Victim 1 was under official detention at the time.

All in violation of Title 18, United States Code, Section 2243(b).

## Count 12
### Sexual Abuse of a Ward
### (18 U.S.C. § 2243(b))

29.     Paragraphs 1-6 are incorporated by reference as though fully set forth herein.

30.     On or about May 24, 2018, in the District of Hawaii, within the boundaries of a Federal prison, and in any prison, institution, and facility in which persons are held in custody by direction of, and pursuant to, a contract and agreement with the head of any Federal department of agency, that is, the Federal Bureau of Prisons, the defendant,

**MIKAEL SALVADOR RIVERA**

did knowingly engage, and attempted to engage, Victim 1 in a sexual act, to wit contact between RIVERA's penis and Victim 1's mouth, when Victim 1 was at that time in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, in that RIVERA was a correctional officer at FDC Honolulu where Victim 1 was under official detention at the time.

All in violation of Title 18, United States Code, Section 2243(b).

## Count 13
### Sexual Abuse of a Ward
(18 U.S.C. § 2243(b))

31.     Paragraphs 1-6 are incorporated by reference as though fully set forth herein.

32.     In and around April 2017 through in and around January 2018, in the District of Hawaii, within the boundaries of a Federal prison, and in any prison, institution, and facility in which persons are held in custody by direction of, and pursuant to, a contract and agreement with the head of any Federal department of agency, that is, the Federal Bureau of Prisons, the defendant,

**MIKAEL SALVADOR RIVERA**

did knowingly engage, and attempted to engage, Victim 2 in a sexual act, to wit contact between RIVERA's penis and Victim 2's mouth, when Victim 2 was at that time in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, in that RIVERA was a correctional officer at FDC Honolulu where Victim 2 was under official detention at the time.

All in violation of Title 18, United States Code, Section 2243(b).

## Count 14
### Sexual Abuse of a Ward
(18 U.S.C. § 2243(b))

33.     Paragraphs 1-6 are incorporated by reference as though fully set forth herein.

13

34.     In and around April 2017 through in and around January 2018, in the District of Hawaii, within the boundaries of a Federal prison, and in any prison, institution, and facility in which persons are held in custody by direction of, and pursuant to, a contract and agreement with the head of any Federal department of agency, that is, the Federal Bureau of Prisons, the defendant,

**MIKAEL SALVADOR RIVERA**

did knowingly engage, and attempted to engage, Victim 2 in a sexual act, to wit contact between RIVERA's mouth and Victim 2's vulva, when Victim 2 was at that time in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, in that RIVERA was a correctional officer at FDC Honolulu where Victim 2 was under official detention at the time.

All in violation of Title 18, United States Code, Section 2243(b).

Count 15
Sexual Abuse of a Ward
(18 U.S.C. § 2243(b))

35.     Paragraphs 1-6 are incorporated by reference as though fully set forth herein.

36.     In and around April 2017 through in and around January 2018, in the District of Hawaii, within the boundaries of a Federal prison, and in any prison, institution, and facility in which persons are held in custody by direction of, and

14

pursuant to, a contract and agreement with the head of any Federal department of agency, that is, the Federal Bureau of Prisons, the defendant,

**MIKAEL SALVADOR RIVERA**

did knowingly engage, and attempted to engage, Victim 2 in a sexual act, to wit contact between RIVERA's penis and Victim 2's vulva, when Victim 2 was at that time in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, in that RIVERA was a correctional officer at FDC Honolulu where Victim 2 was under official detention at the time.

All in violation of Title 18, United States Code, Section 2243(b).

Count 16
Sexual Abuse of a Ward
(18 U.S.C. § 2243(b))

37.    Paragraphs 1-6 are incorporated by reference as though fully set forth herein.

38.    In and around April 2017 through in and around January 2018, in the District of Hawaii, within the boundaries of a Federal prison, and in any prison, institution, and facility in which persons are held in custody by direction of, and pursuant to, a contract and agreement with the head of any Federal department of agency, that is, the Federal Bureau of Prisons, the defendant,

**MIKAEL SALVADOR RIVERA**

15

did knowingly engage, and attempted to engage, Victim 2 in a sexual act, to wit RIVERA penetrated the genital opening of Victim 2 with his finger, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, when Victim 2 was at that time in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, in that RIVERA was a correctional officer at FDC Honolulu where Victim 2 was under official detention at the time.

All in violation of Title 18, United States Code, Section 2243(b).

Count 17
Sexual Abuse of a Ward
(18 U.S.C. § 2243(b))

39.    Paragraphs 1-6 are incorporated by reference as though fully set forth herein.

40.    In and around April 2018, in the District of Hawaii, within the boundaries of a Federal prison, and in any prison, institution, and facility in which persons are held in custody by direction of, and pursuant to, a contract and agreement with the head of any Federal department of agency, that is, the Federal Bureau of Prisons, the defendant,

**MIKAEL SALVADOR RIVERA**

did knowingly engage, and attempted to engage, Victim 3 in a sexual act, to wit RIVERA penetrated the genital opening of Victim 3 with his finger, with the intent

16

to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, when Victim 3 was at that time in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, in that RIVERA was a correctional officer at FDC Honolulu where Victim 3 was under official detention at the time.

All in violation of Title 18, United States Code, Section 2243(b).

//

//

//

//

//

//

//

//

//

//

//

//

//

17

DATED: _____January 19, 2023_____, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON

CLARE E. CONNORS
United States Attorney
District of Hawaii

COREY R. AMUNDSON
Chief, Public Integrity Section
U.S. Department of Justice

SARA D. AYABE
Assistant U.S. Attorney

MARCO A. PALMIERI
Senior Litigation Counsel

JENNIFER A. CLARKE
Deputy Chief

United States v. Mikael Salvador Rivera
Cr. No. _____CR23-00009 JMS
Indictment